UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KENNETH DERHEIM,<br><br>            Plaintiff,<br><br>vs.<br><br>TACOMA SCREW PRODUCTS, INC.,<br><br>            Defendant. | Case No. CV-20-167-BLG-KLD<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this case is dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the Court's orders.

    Dated this 7th day of June, 2021.

                                                     TYLER P. GILMAN, CLERK

                                                   By: /s/ A. Puhrmann
                                                   A. Puhrmann, Deputy Clerk